UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01669-CRB<br><br>MDL NO. 1699 |
| This Document Relates to:<br>*Phillips v. Pfizer, Inc., et al.,*<br>(Case No. 3:06-cv-7577-CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Eva Lou Phillips ("Plaintiff") and Defendants Pfizer, Inc., Pharmacia Corp., and G.D. Searle LLC and Pharmacia Upjohn Company LLC ("Defendants") hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendants, subject to the following condition:

> Pursuant to Paragraph II (A)(3) of the Confidential Settlement Term Sheet between and among Pfizer Inc. and Milberg LLP, Pfizer shall not file this stipulation and order of dismissal with prejudice until the appropriate settlement funds have been released to the above-captioned plaintiff(s).

Plaintiff and Defendants agree to the above-stated condition and Plaintiff wishes to dismiss his/her claims in the instant lawsuit with prejudice.

The parties shall each bear their own costs.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Eva Lou Phillips in the above-styled lawsuit with prejudice, subject to the condition stated above.

Bextra Settlement Stipulation of Dismissal-ND Cal TEMPLATE.doc

IT IS SO ORDERED, this __17th__ day of __August__, 2009.

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

Dated: March 27, 2009

Kirk E. Chapman
Stephanie Hatzakos
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
kchapman@milberg.com
shatzakos@milberg.com

ATTORNEYS FOR PLAINTIFF
Eva Lou Phillips

Dated: _____8/12_, 2009

/s/ Loren Brown
Loren Brown, Esq.
DLA Piper US L.L.P.
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4846

ATTORNEYS FOR DEFENDANTS